IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Calvin Henry, Jr.,<br><br>    Plaintiff,<br><br>vs.<br><br>JoAnne B. Barnhart, Commissioner of the Social Security Administration,<br><br>    Defendant. | No. CV 06-282-TUC-JMR (JCG)<br><br>**REPORT & RECOMMENDATION** |

Pending before the Court is a motion to proceed in forma pauperis filed by Plaintiff on June 6, 2006 (Doc. No. 1, Ex. 2).

On June 6, 2006, Plaintiff filed a complaint pursuant to 42 U.S.C. § 405(g), requesting judicial review of Defendant's decision to deny his claim for social security disability insurance benefits. On the same day, he filed the instant motion to appear in forma pauperis. Plaintiff's case has been assigned to Judge Roll and referred to Magistrate Judge Guerin for pretrial management.[1]

---

[1] A United States Magistrate may not enter a final judgment on a motion to proceed in forma pauperis unless the matter has been referred to him or her by the court and the parties consent to have the magistrate decide the motion and enter judgment. *See Tripati v. Rison*, 847 F.2d 548 (9th Cir. 1988). The parties to this action have not consented to have Magistrate Judge Guerin decide this motion.

1   This Court may grant permission to appear in forma pauperis pursuant to 28 U.S.C.
2   § 1915(a). Whether to grant or deny in forma pauperis status is a matter within the Court's
3   discretion. *Williams v. Field,* 394 F.2d 329, 332 (9th Cir. 1968), *cert. denied*, 393 U.S. 891
4   (1968). The decision whether to grant a litigant *in forma pauperis* status turns on two
5   questions: first, whether the litigant is unable to pay the costs of commencing the action, 28
6   U.S.C. § 1915(a); and second, whether the action is frivolous or malicious, fails to state a
7   claim on which relief can be granted, or seeks monetary relief from an individual who is
8   immune to such relief. 28 U.S.C. § 1915(e)(2)(B).

9   In the instant case, Plaintiff declares he is presently unemployed. However, Plaintiff
10  receives $1,940.00 per month in pension payments and $650.00 per month in rental property
11  income. In addition, Plaintiff states that his wife is employed and earns $3,039.04 per month.
12  Thus, Plaintiff and his spouse share a combined monthly income of $ 5,629.04. Plaintiff has
13  not made a sufficient showing of inability to pay for this action. 28 U.S.C. § 1915(a)(1).

14  Based on the foregoing, the Magistrate Judge recommends that the District Court enter
15  an order DENYING the motion to proceed in forma pauperis filed by Plaintiff on June 6,
16  2006 (Doc. No. 1, Ex. 2).

17  Pursuant to 28 U.S.C. §636(b), Plaintiff may serve and file written objections within
18  ten days of being served with a copy of the Report and Recommendation. If objections are
19  not timely filed, they may be deemed waived. Plaintiff is advised that any objections filed
20  are to be identified with the following case number: **CV-06-282-TUC-JMR.**

21  The Clerk is directed to mail a copy of the Report and Recommendation to Plaintiff.
22  DATED this 28th day of June, 2006.

_____
Jennifer C. Guerin
United States Magistrate Judge