# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| Calvin Henry, Jr, | ) | |
| | ) | |
| Plaintiff, | ) | No. CV 06-282 TUC-JMR |
| | ) | |
| v. | ) | |
| | ) | |
| Jo Anne B. Barnhart, | ) | **ORDER** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

This case arises from a claim by Plaintiff for Social Security benefits. On June 6, 2006, Plaintiff filed a complaint requesting judicial review of Defendant's decision to deny Plaintiff's claim for benefits. On the same day, Plaintiff filed the instant motion to appear informa pauperis.

On June 28, 2006, after a thorough analysis, Magistrate Judge Jennifer C. Guerin issued a Report and Recommendation (R & R) to this Court regarding Plaintiff's motion to appear informa pauperis. Neither party filed an objection to the R & R. The Magistrate Judge recommended that Plaintiff's motion be denied. In her analysis, the Magistrate Judge determined that Plaintiff failed to make a sufficient showing of inability to pay for this action.

If there are no objections to the R & R, the Court will modify or set aside only those portions that are clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1); Fed. R.

Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998). The Court concludes that Magistrate Judge Guerin's recommendations are not clearly erroneous or contrary to law. The Court agrees that Plaintiff has failed to make a sufficient showing of inability to pay for this action.

Accordingly,

**IT IS ORDERED** that the **REPORT AND RECOMMENDATION** of the Magistrate Judge filed **June 28, 2006,** is **ADOPTED.**

**IT IS FURTHER ORDERED** that Plaintiff's motion to proceed in forma pauperis is **DENIED**.

DATED this 26th day of July, 2006.

John M. Roll
Chief United States District Judge